CV 10-157

FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO
2010 FEB 23 AM 9:52
CLERK-LAS CRUCES

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO

Barack Hussein Obama, Commander in Chief, President of the United States,

Defendant.

v.

David E. Henderson
9401 stone hill Apt 121
El Paso, TX 79924

Plaintiff.

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

Plaintiff is a former member of the US Army Reserve 1968-1974 Active Duty 1968-1969, and was a United States

2

Foreign Service Officer from the US State Department 1989-1986.

Plaintiff is Demanding Damages and Injunctive Relief from the Defendant for Dereliction of Duty for his Duties as Commander-in-Chief of the US Armed Forces and as the Chief Executive of the US.

On December 8, 2009 Plaintiff traveled at his own expense to the US Army VA

3

Hospital in Albuquerque, New Mexico to attempt to get a total knee replacement. The personal travel was $260 and Plaintiff was not received any perry of travel Pay.

Plaintiff was given an assignment for a total knee replacement in September 2008 in the VA Hospital in Albuqueque but the operation was canceled and all the computer

4

Record of the operation was wiped out.

Plaintiff had needed a total knee replacement of his right knee for four years and Dr. Jose Calderon at the VA clinic in El Paso, Texas has refused to sign off on the operation, with the result that Plaintiff has been walking bone-on-bone for 4 years and is in acute pain.

5

Plaintiff demanded that he be given a total knee replacement by a VA facility as soon as possible, and that he be given two million dollars of damage under the Federal Tort Claims Act the FTCA and RICO.

Plaintiff Demands a Jury Trial

Continue on Page 6

On July 11, 2008 Specialist Fourth Class James Whitaker and a Medical Team at William Beaumont Military Hospital (WBAMC) in El Paso Texas attempted to kill or seriously Maim Defendant while he was in the Emergency Room at Beaumont Hospital after having been carried into the Hospital in a stretcher

from Dyer Street at 4 PM.

The 15 minute torture scene used 20 Electronic shocks applied to the Right Carotid Artery of Plaintiff's neck resulting in screams of Pain heard all over the Emergency Room, according to Dr. Peter Wagner, Plaintiff's Cardiologist at the Veterans

of Administration in El Paso.

Plaintiff requests tort damages plus treble RI CO damages, plus triple punitive Damages for the ~~past~~ Pain and Suffering.

On July 6, 2008 Plaintiff Demanded 300 million Dollars for illegall wiretaps, searches and seizures in a Hell Appropriate Form submitted to Lt. General Keith B.

9

Alexander, Director at the National Security Office. Defendant General has not responded to the Federal Tort Claim so Plaintiff claims triple Punitive Damages and Federal Court Damages at 1.2 Billion Dollars. On December 2009 Plaintiff Deposited 300 million dollars

against the Central Intelligence Agency (IA) for illegal searches and seizures and break-ins and assaults and batteries by CIA Agents and Contract Agents. No response has been replied. Plaintiff demands triple punitive damages, plus treble'd damages and that y did CIA Agents

and official be
referred for Criminal
Prosecution.

On August 30, 1984
Plaintiff requested
a Retroactive Medical
Retirement from
the US State
Department's
Foreign Service,
for medical problems
occurring while
serving overseas at
Foreign Service Posts
from 1958-1961. No
such Medical

12

Retirement has provided everything Plaintiff applied 11 times since 1984 to 2008 as Plaintiff requests a Retroactive Medical Retirement at 80 percent of his top salary, plus 10 percent interest since 1984. Plaintiff demands a jury trial on all issues. For Damages Plaintiff Requests 3 billion dollars regular Damages,

Trebled By Punitive Damages, for 9 Billion Dollars, Trebled By RICO for 27 Billion Dollars. Total Damages, Plus Injunctive Relief. Respectfully Submitted,

David D. Henderson
9409 Stoneball #121
El Paso, TX 79924
El Paso, TX 79914
Phone 575-312-6329